## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

JARROD RATHBUN,

                Plaintiff,

vs.

WAL-MART STORES, INC.,

                DEFENDANT.

CASE NO. 10-1271-JAR-JPO

## NOTICE OF SETTLEMENT

Defendant Wal-Mart Stores, Inc., by and through its undersigned counsel, hereby submits the following Notice of Settlement between Jarrod Rathbun ("Plaintiff") and Defendant and, in support thereof, state as follows:

1.     Plaintiff and Defendant have reached a settlement of all claims in this action.

2.     The parties are in the process of exchanging a written settlement agreement and appropriate dismissal papers to be filed in this action.  Counsel for Defendant anticipates that the written settlement agreement will be executed shortly and that dismissal papers will be filed on or before December 31, 2010.

KUTAK ROCK LLP


**s/ S. Douglas Mackay**    **12/13/2010**
S. Douglas Mackay    #16788
Jason D. Stitt    # 22216
1605 North Waterfront Parkway, Suite 150
Wichita, KS  67206
(316) 609-7900 (Telephone)
(316) 630-8021 (Facsimile)
Doug.Mackay@kutakrock.com
Jason.stitt@kutakrock.com

*Attorneys for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2010, I electronically filed the above and foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF system and electronically notified counsel of record as follows.

Randall K. Rathbun
DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21st Street North, Suite 450
Wichita, KS 67206

*Attorney for Plaintiff*


**s/ S. Douglas Mackay**    **12/13/2010**
S. Douglas Mackay    #16788