IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

JARROD RATHBUN,

        Plaintiff,

vs.

WAL-MART STORES, INC.,

        Defendant.

CASE NO. 10-1271-JAR-JPO

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims asserted in this case are hereby dismissed, with prejudice, and that each party shall bear his or its own costs and fees.

| | |
|---|---|
| **s/ Randall K. Rathbun          1/18/2011** | **s/ S. Douglas Mackay          1/18/2011** |
| Randall K. Rathbun          #09765 | S. Douglas Mackay          #16788 |
| DEPEW GILLEN RATHBUN & MCINTEER, LC | KUTAK ROCK LLP<br>Suite 150 |
| 8301 E. 21st Street North, Suite 450 | 1605 Waterfront Parkway |
| Wichita, KS 67206 | Wichita, KS 67206 |
| (316) 262-4000 (Telephone) | (316) 609-7900 (Telephone) |
| (316) 265-3819 (Facsimile) | (316) 630-8021 (Facsimile) |
| randy@depewgillen.com | doug.mackay@kutakrock.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

4827-6796-0584.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2011, I electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system and electronic notice was sent to:

Randall K. Rathbun
DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21st Street North, Suite 450
Wichita, KS 67206

*Attorney for Plaintiff*

|  |  |
|---|---|
| **s/ S. Douglas Mackay____** | **1/18/11** |
| S. Douglas Mackay | #16788 |

4827-6796-0584.1